UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER

ENRIQUE ROGELIO GARROTE                           1:15−cv−22519−KMW

PLAINTIFF(S)

v.

MD PROFESSIONAL GROUP CORP., et al.,

DEFENDANT(S).


# NOTICE AND CONSENT TO PROCEED BEFORE A
# UNITED STATES MAGISTRATE JUDGE

*Notice of Right to Consent to Proceed Before a Magistrate Judge.* Parties may consent to have the Magistrate Judge assigned to this civil action conduct any and all further proceedings (including the trial) and order the entry of judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this Court. The Magistrate Judge may exercise this authority only if all parties voluntarily consent. Parties may consent to have this case referred to the Magistrate Judge, or may withhold consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case. If the parties agree to consent, they should submit the consent form signed by all parties in the following format:

*Consent to Proceed Before a Magistrate Judge.* In accordance with the provisions of 28 U.S.C. § 636(c) and Rule 3(b) of the Local Magistrate Judge Rules, the parties to the above captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case **Andrea M. Simonton** conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

_____          _____
Party/Attorney Printed Name                      Party/Attorney Printed Name

_____          _____
Signature of Party or Attorney for _____   Signature of Party or Attorney for _____

_____          _____
Date                                             Date


Note:   After completing and signing this form, file it with the Clerk of Court.